UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 22-643 |
| | : | |
| PETER COKER, SR., and | : | **ORDER FOR CONTINUANCE** |
| PETER COKER, JR. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Lauren E. Repole, Assistant United States Attorney), Defendant Peter Coker, Sr. (by Marc Agnifilo, Esq. and Zach Intrater, Esq.), and Defendant Peter Coker, Jr. (by William McGovern, Esq. and John Azzarello, Esq.) for an Order granting a ninth continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 30, 2024 to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendants having consented to the continuance and waived such right, and previous requests for continuances having been made and granted, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Taking into account the exercise of diligence, the facts of this case require that counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)  Plea negotiations are ongoing with respect to both parties, and both the United States and the Defendants desire additional time to negotiate a plea

agreement, which would render any subsequent trial of this matter unnecessary;

    (3)    The Defendants have consented to this continuance;

    (4)    The granting of a continuance will conserve judicial resources; and

    (5)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this <u>25th</u> day of September, 2024,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including November 30, 2024; and it is further

ORDERED that the period from the date this order is signed through and including November 30, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                        HON. CHRISTINE P. O'HEARN
                                        United States District Judge

Form and entry consented to:

Lauren E. Repole
Assistant U.S. Attorney


s/ Zach Intrater
Marc Agnifilo, Esq./Zach Intrater, Esq.
Counsel for Peter Coker, Sr.


s/ John Azzarello
William McGovern, Esq./John Azzarello, Esq.
Counsel for Peter Coker, Jr.