DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER COKER, SR. | Criminal No. 22-643<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant, Peter Coker, Sr.

Date: May 6, 2025

                                              ALINA HABBA
                                              United States Attorney

By:    s/ *Aaron L. Webman*
          Lauren E. Repole
          Aaron L. Webman
          Assistant U.S. Attorneys