UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-                                **SENTENCING SUBMISSION NOTICE OF PETER COKER, SR.**

PETER COKER, SR.                            Criminal No. 22-643

              Defendant.
-------------------------------------------------------X

      Please be advised that, on this date, defendant Peter Coker, Sr., submitted sentencing materials to the Court in this case.

Dated: May 6, 2025

                                                    AGNIFILO INTRATER LLP

                                  By:   /s/ *Zach Intrater*
                                               Marc Agnifilo
                                             Zach Intrater
                                             Daniela Manzi
                                             445 Park Avenue, 7th Floor
                                             New York, New York 10022
                                             (646) 205-4350
                                             marc@agilawgroup.com
                                             zach@agilawgroup.com
                                             daniela@agilawgroup.com

                                             *Counsel for Defendant Peter Coker, Sr.*