# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**CAMDEN**  **DATE:** 5/13/2025

**HONORABLE CHIRSTINE P. O'HEARN**
**COURT REPORTER:** Meta Goddard

**DOCKET NO.** 22-643-2 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

v.

PETER COKER, SR.

**APPEARANCES:**
Lauren Repole and Aaron Webman, AUSAs for the Government
Zach Intrater, Esquire for Defendant Peter Coker, Sr. *(Defendant Present)*

**NATURE OF PROCEEDINGS:**    SENTENCE
On a two-count Information
Oral application from the government to dismiss Count 3.
Ordered Count 3 dismissed.

**SENTENCE:** Imprisonment for a term of 6 months on each of counts 1 and 2 to be served concurrently.
**SUPERVISED RELEASE:** For a term of 3 years on each of counts 1 and 2, all such terms to be served concurrently with special conditions
**SPECIAL ASSESSMENT:** $200.00
**RESTITUTION:** Hearing to be held within 90 days.
**FINE:** $250,000.00 on Count 1 and $250,000.00 on Count 2 for a total fine of $500,000.

Defendant advised of his right to appeal.
Court recommends defendant self-surrender to a facility designated by the Bureau of Prisons on or after 60 days of when the judgment is entered.
Court recommends the defendant be designated to FCI Lewisburg Satellite Camp.

| | |
|---|---|
| Time Commenced: | 10:30 am |
| Time Adjourned: | 12:00 pm |
| | |
| Time Commenced: | 12:20pm |
| Time Adjourned: | 1:00pm |

**Total Time:**    **2 Hours and 10 Minutes**

*s/ Haley E. Minix*
DEPUTY CLERK