# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**CAMDEN**                                                           **DATE:** 5/13/2025

**HONORABLE CHIRSTINE P. O'HEARN**
**COURT REPORTER:** Meta Goddard

**DOCKET NO.** 22-643-2, 3 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

       v.

PETER COKER, SR. and
PETER COKER, JR., et al.

**APPEARANCES:**
Lauren Repole and Adam Webman, AUSAs for the Government
John Azzarello, Esquire for Defendant Peter Coker, Jr. *(Defendant Waived Right to Appear)*
Zach Intrater, Esquire for Defendant Peter Coker, Sr. *(Defendant Present)*

**NATURE OF PROCEEDINGS: ORAL DECISION**

Oral decision on loss determination read into the record.

Time Commenced:    10:20 am
Time Adjourned:    10:30 am
**Total Time:**        **10 Minutes**

                                              *s/ Haley E. Minix*
                                              DEPUTY CLERK