# AGNIFILO
# INTRATER

---

November 18, 2025

**VIA ECF**
Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

   Re: <u>United States v. Peter Coker, Sr.</u>, 22 CR 643

Dear Judge O'Hearn:

  Defendant Peter Coker Sr. respectfully submits that a hearing on the Court's Order (ECF No. 164) is not required as to him. The Court's Amended Judgment and Order of Restitution (ECF No.160) stated that, while restitution was due immediately, "[i]n the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $1,000.00, to commence 30 days after release from confinement . . . ." *Id*. at 2. The Court's Amended Judgment is attached as Exhibit A.

  Mr. Coker, Sr. is still in the custody of the Bureau of Prisons. It is counsel's understanding that he is actually due to be released on the date of this letter – November 18, 2025.

  Accordingly, having not satisfied the judgment immediately, pursuant to the terms of the Court's Amended Judgment, Mr. Coker, Sr. is to pay not less than $1,000.00 on December 17, 2025. He will be prepared to make this payment in accordance with the Amended Judgment. Therefore, Peter Coker, Sr. submits respectfully that no hearing is required. If this is an incorrect reading of the Court's Amended Judgment, then the fault is with the undersigned counsel, and not with my client.

  Moreover, counsel would not be able to be before Your Honor on November 24, 2025, at 3:00 pm, as I will be before the Honorable Valerie E. Caproni for a motions hearing that day in the matter of *United States v. Oren Alexander*, Crim. No. 24-676 (VEC) (S.D.N.Y.). I am also picking a jury before the Honorable Michael E. Farbiarz in the matter of *United States v. James Roberge*, Crim. No. 25-339 (MEF) (D.N.J.) beginning on November 19, 2025, at 9:00 am. Opening statements in the *Roberge* criminal trial will begin on December 1, 2025. (Jury selection in the *Alexander* criminal trial will begin on January 5, 2026.)

  I have communicated with counsel for the Government to obtain the Government's position. The Government does not object to adjourning any hearing – if needed – to a time when I am able to attend.

Hon. Christine P. O'Hearn
November 18, 2025
Page 2 of 2

     In sum, Mr. Coker, Sr. is not looking to avoid his responsibilities under the Court's Amended Judgment. He is about to be released from incarceration and, per the Court's Order, will begin making the required payments toward restitution. Any problems with the reading of the Court's order for payment of restitution in this matter should fall on the head of counsel and not the client. To the extent that counsel has made an error, I apologize sincerely.

                                                Respectfully submitted,

                                                Zach Intrater

cc: All Counsel (via ECF)