# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : : : : | Criminal No. 22-643-2, 3 |
| *Plaintiff* | : : | Hon. Christine P. O'Hearn, U.S.D.J. |
| v. | : : | |
| PETER COKER, SR. (2) and PETER COKER, JR. (3) | : : : | |
| *Defendants* | | |

## ORDER AS TO FAILURE TO PAY RESTITUTION AS ORDERED

The Court has thoroughly reviewed the Judgments entered on May 13, 2025 (ECF Nos. 142 & 146), the Restitution Orders entered on August 11, 2025 (ECF Nos. 160 & 162), as well as the recent correspondence submitted by counsel for both Defendants (ECF Nos. 166-168).

It appears from these submissions that, despite having substantial liquid assets at the time the sentence was imposed, neither Defendant has complied with the restitution deadlines set by the Court. Counsel for both Defendants report that they have had no contact with their clients and assert that they no longer represent them in any post-sentencing capacity. Defendant Peter Coker, Sr. further contends that, under the Amended Judgment, his "first payment" is not due until 30 days after his release. However, the Restitution Orders expressly required substantial payment within 30 days of entry and stated that restitution was "due immediately." See Restitution Order at 2 (ECF No. 160) (requiring $2,500,000 to be paid within 30 days and providing that restitution is due immediately).[1]  Thus, it appears to the Court that Defendants have purposefully failed to make payment, perhaps in an effort to avoid doing so and/or dissipating or transferring assets.

---

[1] The Court cannot comprehend Counsel's stated interpretation of the Order. Beyond its express terms, it was clear that such monies were to be paid immediately. Indeed, there had been

Pursuant to the Court's authority under 18 U.S.C. § 3664, 3612, and 3614—including its authority to ensure timely payment of restitution, to direct compliance activity, to require status updates, and to take enforcement action in response to noncompliance,

**IT IS** on this **21** day of **NOVEMBER 2025,**

**ORDERED** the United States Attorney's Office, the Probation Office, and counsel of record for both Defendants shall **IMMEDIATELY** review the restitution compliance status of Defendants Peter Coker, Sr. and Peter Coker, Jr.; and

**ORDERED** the parties shall take all necessary steps forthwith to secure payment of the restitution amounts previously ordered, including—but not limited to—determining whether either Defendant has made any payments, whether assets are available, and whether substitute-asset forfeiture or other statutory mechanisms are appropriate; and

**ORDERED** A joint updated status report shall be filed **WITHIN FOURTEEN (14) DAYS** of this Order, detailing:

    (a) all restitution payments made to date;

    (b) all efforts undertaken to secure payment;

    (c) the current financial circumstances of each Defendant known to the Government or Probation; and

    (d) any requested relief or enforcement action deemed appropriate; and

**ORDERED** as to Defendant Peter Coker, Sr., who is scheduled for release on December 23, 2025, the Court reminds the parties that restitution obligations are not deferred until the

---

prior discussions and proposals by counsel as to an immediate up front payment, albeit in a much lesser amount with later installments thereafter, which the Court declined to adopt.

commencement of supervision. Work toward compliance shall begin immediately, and the Court expects this matter to be fully resolved immediately; and

**ORDERED** as to Defendant Peter Coker, Jr., the Government shall specifically report on his post-sentencing status, his assets, any payment history, and the steps being taken to enforce the restitution order notwithstanding his apparent removal from the United States.

Failure to comply with this Order may result in further action under 18 U.S.C. § 3614, including modification of supervision, issuance of additional enforcement directives, or other appropriate sanctions. The Court reserves the right to take any and all action within its authority to enforce the Orders.

**SO ORDERED.**

_Christine P. O'Hearn_
HONORABLE CHRISTINE P. O'HEARN
United States District Judge