# AGNIFILO INTRATER

December 4, 2025

**VIA ECF**
Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      Re:    <u>United States v. Peter Coker, Sr.</u>, Crim. A. No. 22-643 (CPO)

Dear Judge O'Hearn:

      The parties in the above-referenced matter respectfully submit this joint status report as required by the Court's November 21, 2025 Order (Dkt. 169).

      Both defendants have now made significant payments towards their restitution obligations. Defendant Peter Coker, Jr. has made two payments. <u>First</u>, Mr. Coker, Jr. paid $178,849.59 via ACH on December 2, 2025 (Pay.gov Tracking ID: 27TIEFPH; Agency Tracking ID: 77228298439). This amount constitutes the entire amount of all retail investors' losses as found by the Court at sentencing and listed in the Presentence Report. Thus, as soon as the payment is processed, the Government will be in a position to make completely whole all retail investors. <u>Second</u>, Mr. Coker, Jr. paid $1,000.00 via ACH on December 2, 2025 (Pay.gov Tracking ID: 27TJNFE5; Agency Tracking ID: 77229477427). Defendant Peter Coker, Sr. has also made two payments. <u>First</u>, Mr. Coker, Sr. paid $50,000.00 on December 3, 2025 (Pay.gov Tracking ID: 27TJ5SC4; Agency Tracking ID: 77228881353). <u>Second</u>, Mr. Coker, Sr. paid $1,000.00 via ACH on December 3, 2025 (Pay.gov Tracking ID: 27TJ5SEG; Agency Tracking ID: 77228884503).

      Counsel for Peter Coker, Sr. has also met and conferred repeatedly on this matter with the Government since the Court's November 21, 2025 Order in an effort to fulfill all of the Court's requirements. The Government has sent counsel for Peter Coker Sr. financial disclosure forms for both Peter Coker, Jr. and Peter Coker, Sr., which the defendants are in the process of completing and will provide to the Government as soon as possible.

      Given the defendants' payments, the continued discussions among the parties, and the defendants' forthcoming provision of the financial disclosure forms, the parties respectfully, and jointly, submit that work towards fulfilling the Court's directives are well underway.

      The Government, for its part, agrees that given all the work and payments that have taken place since the Court's November 21, 2025 Order, no other enforcement measures are necessary at this time, and does not seek any additional relief at this time, assuming that compliance with the Court's Order will continue.

      The defendants apologize sincerely for the delay in the commencement of restitution payments. Defendant Coker, Sr. understands completely the Court's reminder that restitution

obligations are not deferred until the commencement of supervision. His personal circumstances limited his ability to make payments while he was incarcerated. Now that he has been released from incarceration, we do not anticipate any further issues in making regular restitution payments.

      Defendant Peter Coker, Jr. has indeed been removed from the United States. Nonetheless, he has represented to counsel for Peter Coker, Sr. that he, too, is dedicated to continuing to make regular restitution payments pursuant to the Court's Orders.

      As stated in defendants' prior submissions, we submit respectfully that there has been no intent to purposefully fail to make payments, to dissipate assets, or to transfer assets in any kind of contravention of the Court's Orders or the defendants' continuing obligations. Errors that have been made are the fault of counsel and not of the clients.

      Respectfully submitted,

      Zach Intrater

cc:    All Counsel (via ECF)