**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Minutes of Proceedings**

**CAMDEN**                                                    **DATE OF PROCEEDING:** 4/8/2026

**HONORABLE CHIRSTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard

                                                             **DOCKET NO.** 22-643-2 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

                    v.

PETER COKER, SR.

**APPEARANCES:**
Jordan Anger, AUSAs for the Government
Zach Intrater, Esquire & Mark Agnifilo, Esquire for Defendant Peter Coker, Sr. *(Defendant Present)*

**NATURE OF PROCEEDINGS:**     STATUS CONFERENCE

The Court will hold a status conference on Monday, April 13, 2026 at 10:00am, via Microsoft Teams.

Time Commenced:     11:20am
Time Adjourned:     12:20pm
**Total Time:**     **1 Hour**

                              *s/ Haley E. Minix*
                              DEPUTY CLERK