**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                     Criminal No. 22-643 (CPO)

     -v-

PETER COKER, SR.

         Defendant.
-------------------------------------------------------X

## NOTICE OF FILING

Please be advised that, on this date, Peter Coker, Sr. submitted an affidavit to the Court in this case in connection with the Court's April 2, 2026, and April 4, 2026, Orders. Because this filing discusses personal financial information, counsel is filing only this notice on the docket and will serve Chambers and counsel via electronic mail.

Dated:       April 10, 2026              Respectfully submitted,
              New York, NY

                                    AGNIFILO INTRATER LLP

                                    _____

                                    Zach Intrater
                                    Daniela Manzi
                                    140 Broadway, Ste. 2450
                                    New York, NY 10005
                                    (646) 205-4350
                                    zach@agilawgroup.com
                                    daniela@agilawgroup.com

                                    *Counsel for Defendant Peter Coker, Sr.*