**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Minutes of Proceedings**

**CAMDEN**                                        **DATE OF PROCEEDING:** 4/13/2026

**HONORABLE CHIRSTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard

                                                 **DOCKET NO.** 22-643-2 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

              v.

PETER COKER, SR.

**APPEARANCES:**
Jordan Anger, AUSAs for the Government
Zach Intrater, Esquire for Defendant Peter Coker, Sr.

**NATURE OF PROCEEDINGS:**    STATUS CONFERENCE

Status Conference held via Teams.

Time Commenced:    10:03 am
Time Adjourned:    10:23 am
**Total Time:**       **20 Minutes**

                              *s/ Haley E. Minix*
                              DEPUTY CLERK