**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 22-643-2 (CPO) |
| v. : | |
| : | |
| **PETER COKER, SR.** : | |
| : | **ORDER** |
| : | |
| : | |

      **THIS MATTER** comes before the Court upon its previously issued Orders to Show Cause, (ECF Nos. 164, 171), and additional Orders, (ECF Nos. 169, 182), regarding Defendant Peter Coker, Sr.'s restitution obligations; and

      **WHEREAS,** the Court has considered Defendant's submissions to date on this issue, (ECF Nos. 166, 170, 174, 180, 183, 188); and

      **WHEREAS,** the Court held two hearings on its Orders to Show Cause, on December 22, 2025 and April 8, 2026; and

      **WHEREAS,** Defendant previously caused to be paid approximately $455,000 in restitution;[1] and

      **WHEREAS,** on April 23, 2026, Defendant caused an additional $1 million to be paid in restitution; and

      **WHEREAS,** Defendant has consented to the filing of, and the Government has filed, a *lis pendens* on Defendant's primary residence, such that the primary residence will be seized by the Government upon the deaths of Defendant and his spouse; and

---

[1] Although the funds came from Defendant, they were credited toward the restitution obligations of his son and co-defendant, Peter Coker, Jr.

**WHEREAS,** the parties continue to work together to settle the ownership of, and payments due to Defendant on, a property sold to Defendant's daughter; therefore

**IT IS** on this 28th day of April, 2026,

**ORDERED** that Defendant's Amended Judgment and Order of Restitution, (ECF No. 160), is hereby amended such that the third paragraph on Page 2 of ECF No. 160 (reading "that the defendant shall pay $2,500,000.00 within 30 days of the restitution order") shall instead read as follows:

(1) Defendant has paid approximately $1.455 million in restitution to partially satisfy this Court's Orders; and

(2) Defendant's primary residence shall be subject to the *lis pendens* filed by the United States Attorney's Office for the District of New Jersey, and neither Defendant, his spouse, nor any heirs or assigns of the Defendant shall sell, borrow against, or otherwise hypothecate the primary residence; and

**ORDERED** that in all other respects, Defendant's Order of Restitution, (ECF No. 160), shall remain in effect; and

**ORDERED** that the Court's Orders to Show Cause, (ECF Nos. 164, 171), and additional Orders, (ECF Nos. 169, 182), are hereby **VACATED.**

_____
**Hon. Christine P. O'Hearn**